UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BERNSTEIN,

                Plaintiff,                24-cv-9595 (JGK)

      - against -                    ORDER

RAMP BUSINESS CORPORATION,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 10, 2025.

SO ORDERED.

Dated:    New York, New York
          February 24, 2025

                                          John G. Koeltl
                              United States District Judge