UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NICOLE BERNSTEIN,**
*individually and on behalf of all those similarly situated,*

  **Plaintiff,**

Case No.: 1:24-cv-09595-JGK

v.

**RAMP BUSINESS CORPORATION,**

  **Defendant.**
_____/

## RULE 26(F) REPORT

This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1. The date for completion of initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **March 20, 2025**.

2. No amendment of the pleadings will be permitted after: **April 21, 2025**.

3. No additional parties may be joined after: **April 21, 2025**.

4. Initial Requests for Production of Documents to be served by: **May 30, 2025**.

5. Initial interrogatories to be served by: **May 30, 2025**.

6. Plaintiff's Expert Witness Disclosures disclosures, if any, by: **June 21, 2025**.

7. Defendant Expert Witness Disclosures, if any, by: **August 5, 2025**.

8. Rebuttal Expert Witness Disclosures, if any, by: **August 20, 2025**.

9. All discovery, [1] including expert discovery, shall be completed by: **September 19, 2025**.

10. Plaintiff's Motion for Class Certification by: **October 18, 2025**.

11. All Dispositive Motions shall be made on or before: **December 20, 2025**.

12. Proposed date for the commencement of Trial: **April 20, 2026**.

13. **Electronically Stored Information:** The parties anticipate discovery of electronic or computer-based media will be sought from one another as well as from third parties. The parties will confer in good faith regarding the scope, cost, and time required for disclosure or production of ESI and attempt to reach an agreement concerning the same before bringing any such issues to the attention of the Court. As a general rule, excel spreadsheets, .csv files, and Access databases should be produced in native format, otherwise electronic data should be produced in paper copies or portable document format (.pdf) files, if the data is also preserved in its native format. If production in another format is needed, the responding party will consult in good faith with the requesting party regarding the format of the information being sought and attempt to reach an agreement regarding an acceptable format before bringing any such issues to the attention of the Court. Each image produced should have a unique Bates number. The parties anticipate no other problems related to ESI. The parties further agree to meet and confer in good faith concerning any such unanticipated problems that may arise before bringing any such problems to the attention of the Court.

14. The parties **do not** consent to trial before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

---

[1] Ramp expressly reserves the right to ask the Court to phase or limit discovery at a later point in time.

This Rule 26(f) Report has been consented to by:

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th St
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

/s/ Leo O'Toole
Leo O'Toole
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (404) 779-5190
lotoole@wtlaw.com

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339