UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BERNSTEIN,

                Plaintiff,

    -against-

RAMP BUSINESS CORPORATION,

                Defendant.

24-cv-9595 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The initial conference set for April 15, 2025 at 12:00 p.m. is **canceled**.

SO ORDERED.

Dated: New York, New York
       April 9, 2025

                                    John G. Koeltl
                          United States District Judge