UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BERNSTEIN, individually and on behalf of all other similarly situated,

      Plaintiff,

 -against-

RAMP BUSINESS CORPORATION,

      Defendant.

24-CV-9595 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

 This action is scheduled for a Telephone Conference on **April 16, 2025, at 11:00 AM**.

Counsel are directed to join the conference at the scheduled time by dialing (646) 453-4442,

Access Code: 368 879 424 #. By **5:00 PM on April 13, 2025**, Defendants shall file on the docket

their response to Plaintiffs' letter at ECF 15.

Dated: April 11, 2025
    New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge