UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BERNSTEIN,<br><br>     Plaintiff,<br><br> -against-<br><br>RAMP BUSINESS CORPORATION,<br><br>     Defendant. | 24cv09595 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  For the reasons discussed at the conference, the letter-motions to quash (ECF 12, 15) are DENIED. The parties shall submit by April 18, 2025 an agreed-upon proposed confidentiality stipulation containing an attorneys'-eyes-only provision. The telephone records that are the subject of the subpoena shall be produced on an attorneys'-eyes-only basis.

  The Clerk of Court is respectfully requested to terminate ECF 12 and 15.

DATED: April 16, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge