UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BERNSTEIN,

              Plaintiff,

  -against-

RAMP BUSINESS CORPORATION,

              Defendant.

24cv09595 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the discovery conference held on June 12, 2025, Defendant's discovery letter-motion (ECF 25) is GRANTED IN PART AND DENIED IN PART, as follows: 1) Defendant is to file a letter on the docket updating the Court by June 19, 2025 on the burdens associated with a) providing Plaintiff with a log of all outgoing marketing calls during the putative class period, b) providing a unique identifier per person as opposed to per telephone number, and c) producing documents relating to Defendant's prior TCPA violations, if any, and complaints of TCPA violations, if any; and 2) Plaintiff may question Defendant at a 30(b)(6) deposition about its employees who were involved with calls to Plaintiff.

DATED: June 17, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge