UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BERNSTEIN,

            Plaintiff,

 -against-

RAMP BUSINESS CORPORATION,

            Defendant.

24cv09595 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The schedule is revised as follows: Plaintiff's expert disclosures are due July 14, 2025; Defendant's expert disclosures are due August 26, 2025; Rebuttal disclosures are due September 10, 2025; all class-related discovery, including expert discovery, is due October 30, 2025; Plaintiff's motion for class certification is due November 18, 2025; Defendant's opposition is due December 29, 2025; Plaintiff's reply is due January 30, 2026; and all discovery is to be completed within 60 days of a decision on class certification.

      Defendant shall produce six months of call logs as promptly as possible. Defendant shall as promptly as possible make a 30(b)(6) deponent to testify about its record keeping practices. Counsel for Defendant will promptly consult with his client to discuss the feasibility of providing a document that cross-references telemarketing calls to specific numbers with a sale to the holders of the telephone numbers and then meet and confer with counsel for Plaintiff. If, after the 30(b)(6) deposition and further meet and confer communications, the parties have remaining discovery disputes, they should raise those disputes with the Court by letter motion. The parties shall provide joint updates on the status of discovery twice per month on the first and fifteenth of each month, or the first business day thereafter, starting on July 1, 2025.

DATED:  June 24, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge