UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAMP BUSINESS CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-09595-JGK-RFT<br><br>**CLASS ACTION** |

**FIRST JOINT UPDATE ON THE STATUS OF DISCOVERY**

Pursuant to the Court's June 24, 2025, Order [ECF No. 36 ("Order")], the parties respectfully submit the following Joint Update on the Status of Discovery. On June 25, 2025, Plaintiff served upon Defendant a Notice of Rule 30(b)(6) Deposition ("Deposition Notice"), noticing the July 10, as the date for the deposition of Defendant's corporate representative(s). Plaintiff offered to work with Defendant on an alternate date if July 10 was not workable, while being mindful of the impending case deadlines.

The parties have scheduled a call for July 7 at 1:30 p.m. ET to meet and confer over the topics in the Deposition Notice. Defendant intends to produce call logs this week, and will follow that up with complaint information, likely after the holiday weekend.

Dated: July 1, 2025                                                                 Respectfully submitted,

*/s/ Ryan D. Watstein*                                                           */s/ Christopher Gold*
Ryan D. Watstein                                                                   Christopher Gold, Esq (*pro hac vice*)
Leo O'Toole                                                                             Florida Bar No. 088733
**WATSTEIN TEREPKA LLP**                                                **GOLD LAW, PA**
75 14th Street NE, Ste. 2600                                                  350 Lincoln Rd., 2nd Floor
Atlanta, GA 30309                                                                   Miami Beach, FL 33139
Tel: (404) 779-5190                                                                 Tel: 305-900-4653
Ryan@wtlaw.com                                                                    chris@chrisgoldlaw.com
lotoole@wtlaw.com

|  |  |
|---|---|
| *Counsel for Defendant* | **ZANE C. HEDAYA, ESQ.**<br>New York Bar No.: 6135339<br>E-mail: zane@jibraellaw.com<br>The Law Offices of Jibrael S. Hindi<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, Florida 33301<br>Phone: 813-340-8838<br><br>*Counsel for Plaintiff and the Proposed Class* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2025, a true and correct copy of the foregoing document, and all accompanying documents, was filed through the Court's Electronic Case Filing (ECF) system, which automatically served a copy on all counsel of record via their registered email addresses.

                                          */s/ Christopher Gold*
                                           Christopher Gold, Esq.